## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>SHEET METAL WORKERS' LOCAL 73 PENSION<br>v.<br><br>AIRTITE, INC. a corporation, a/k/a, d/b/a<br>AIRTITE CONTRACTORS, INC. | Case Number:<br>FILED: AUGUST 22, 2008<br>08CV4815<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE NOLAN<br>BR |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

All Plaintiffs.

| |
|---|
| NAME (Type or print)<br>ROBERT T. OLESZKIEWICZ |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *[signature]* |
| FIRM<br>DALEY AND GEORGE, LTD. |
| STREET ADDRESS<br>20 S. CLARK ST., SUITE 400 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6190317 | TELEPHONE NUMBER<br>(312) 726-8797 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |