## United States District Court for the Northern District of Illinois

Case Number: 08CV4815    Assigned/Issued By: DAJ

Judge Name: GETTLEMAN    Designated Magistrate Judge: NOLAN

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00

[ ] IFP   [ ] No Fee   [ ] Other _____

[ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 3045652

Date Payment Rec'd: 08/22/08    Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons    [ ] Alias Summons

[ ] Third Party Summons    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
(Type of Writ)

__1__ Original and __0__ copies on __08/22/08__ as to __DEF.__
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05